UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KULDEEP KANDOLA,

       Plaintiff,

                                            Civil No. 08-172-HA

   v.

                                            ORDER OF DISMISSAL

GHOTRA, INC.,
an Oregon Corporation,

       Defendant.

       Based on the record,

       IT IS ORDERED AND ADJUDGED that this case is DISMISSED with prejudice and without costs or fees to either party.

       Dated this   13   day of July, 2009.

                                                     /s/ ANCER L. HAGGERTY
                                                      ANCER L. HAGGERTY
                                         UNITED STATES DISTRICT JUDGE